IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBNY DIVISION


ALBANY CHAPTER ANI KUTANI          *
NATIVE AMERICAN CHURCH, et al.,
                                   *
          Plaintiffs
                                   *
vs.
                                   *     CASE NO. 1:06-CV-24 (CDL)
CITY OF ALBANY TREASURER's
OFFICE, et al.                     *

          Defendants              *


                    O R D E R

     The Court adopts the recommendation of the Magistrate Judge that

Plaintiffs not be permitted to proceed in forma pauperis.

Accordingly, Plaintiffs are ordered to pay the filing fee within

thirty days of the date of this Order.  If they fail to do so,

Plaintiffs' Complaint shall be dismissed.

     IT IS SO ORDERED, this 28th day June, 2006.


                              /s/ Clay D. Land
                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE