```
                    IN THE UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF GEORGIA
                            ALBANY DIVISION


ALBANY CHAPTER ANI KUTANI        *
NATIVE AMERICAN CHURCH, et al.,
                                 *
        Plaintiffs
                                 *
vs.
                                 *      CASE NO. 1:06-CV-24 (CDL)
CITY OF ALBANY TREASURER's
OFFICE, et al.                   *

        Defendants               *
```

### ORDER OF DISMISSAL

In the case above identified Plaintiffs have failed to comply with an Order filed June 29, 2006 directing them to pay the $350.00 filing fee.  Therefore, the Complaint is dismissed for failure to pay the filing fee.

IT IS SO ORDERED, this 11th day of August, 2006.

```
                                    S/Clay D. Land
                                       CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE
```